UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ANDRES ALCALA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTOPHER LEWIS, et al.,<br><br>        Defendants. | 1:16-cv-00003-SKO (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |

Plaintiff Nicolas Andres Alcala, a state prisoner proceeding pro se, filed this civil rights action on January 4, 2016. Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that:

Within **forty-five (45) days** from the date of service of this order, Plaintiff shall either pay the $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**
IT IS SO ORDERED.

Dated:  **January 7, 2016**                              **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE

1